No. 4,418.—MABEL B. POINTER, APPELLANT, *v.* THOMAS MULLIN, RESPONDENT.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided June 8, 1921.

PER CURIAM.—This cause coming on for hearing this day, and counsel for the respective parties not appearing and briefs not having been filed, the appeal is dismissed.

*Mr. W. E. Keeley* and *Mr. W. E. Castleton,* for Appellant.

---

No. 4,891.—STATE EX REL. THE SEVEN PRODUCTS CO., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Prohibition directed to the District Court of the Second Judicial District, and W. E. Carroll, a Judge thereof.

Decided June 20, 1921.

PER CURIAM.—The application of the relator herein for writ of prohibition is, after due consideration, denied.

*Messrs. Frank & Gaines,* for Relator.